# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRION INGRAM, | Case No.: 2:24-cv-02407-APG-NJK |
| Plaintiff, | **Order** |
| v. | |
| JAMES DZURENDA, et al., | |
| Defendants. | |

According to the Nevada Department of Corrections inmate database, *pro se* plaintiff Brion Ingram is no longer incarcerated, and mail sent to him at High Desert State Prison is being returned as undeliverable, with a note that Plaintiff has been discharged. Docket No. 9. This Court's local rules require a *pro se* party to "immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number." LR IA 3-1. Failure of a *pro se* party to update his address "may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." *Id.* Additionally, now that Plaintiff is no longer incarcerated, he must file an application to proceed *in forma pauperis* ("IFP") for non-inmates or pay the full $405 filing fee.

Accordingly,

**IT IS ORDERED** that Plaintiff's IFP application for inmates, Docket No. 1, is **DENIED** as moot.

**IT IS FURTHER ORDERED** that, no later than **February 6, 2026**, Plaintiff must update his address with the Court and either pay the full $405 civil filing fee or file an IFP application for non-inmates.

**IT IS FURTHER ORDERED** that, if Plaintiff fails to timely comply with this order, this action will be subject to dismissal without prejudice. A dismissal without prejudice allows

Plaintiff to refile the case with the Court, under a <u>new</u> case number, when Plaintiff is able to update his address and either pay the filing fee or file an appropriate IFP application.

The Clerk of the Court is **INSTRUCTED** to send Plaintiff this Court's approved form application to proceed *in forma pauperis* by a non-inmate with instructions for the same.

IT IS SO ORDERED.

DATED: January 7, 2026.

Nancy J. Koppe
United States Magistrate Judge

2